UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                               Case No. 8:15-bk-01575-CPM
                                                     Chapter 7
Andrew T. Averill
Michele M. Capuana-Averill

    Debtors
_____/

## NOTICE OF ABANDONMENT

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the proof of service attached to this paper, plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602 and serve a copy on the movant, STEPHEN L. MEININGER, TRUSTEE, 707 N. Franklin Street, Suite 850, Tampa, FL 33602, and any other appropriate person(s) within the time allowed.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

TO:    ALL INTERESTED PARTIES
FROM:  STEPHEN L. MEININGER, TRUSTEE

NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING PROPERTY:

1. Any and all interest that the bankruptcy estate may have in the real property located at 2711 Woodland Hills Lakeland, FL 33803. The aforementioned real property is encumbered by a lien that is in excess of the value of the real property and is burdensome to the bankruptcy estate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Abandonment has been sent by regular U.S. Mail to the MAILING MATRIX on this 16th day of October, 2015.

STEPHEN L. MEININGER, TRUSTEE
707 North Franklin Street, Suite 850
Tampa, FL 33602
(813)-301-1025