ORDERED.

Dated: November 07, 2015

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

**In re:**

ANDREW T. AVERILL and                                  Case No. 8:15-bk-01575-CPM
MICHELE M. CAPUANA−AVERILL,

      Debtors.                                              Chapter 7
_____/

### ORDER APPROVING TRUSTEE'S
### APPLICATION TO EMPLOY COUNSEL FOR SPECIAL PURPOSE

    **THIS MATTER** came on for consideration upon Trustee's Application to Employ Counsel for special purpose. (Doc. No. 44) (the "Application") Finding that the Declaration of Proposed Counsel for special purpose filed in support of the Application establishes that counsel does not hold or represent an interest adverse to the estate and is disinterested, the Court grants the Application. Accordingly, it is

    **ORDERED ADJUDGED AND DECREED** That the Court hereby approves the employment of Thomas A. Lash, Esq., and the firm of Lash Wilcox & Grace PL as counsel for special purpose to the Trustee in this bankruptcy case. The provisions of the second sentence of 11 U.S.C. § 328(a) shall not limit the Court's discretion in awarding fees regarding the Application's paragraph 6.d. 30% contingency fee award. No payment shall be made to counsel until authorized by further order of this Court, with Counsel's fees and expenses, together with their payment, subject to further review by this Court upon application.

    Stephen L. Meininger is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.